UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GARY L. SMITH | ) | CHAPTER 7 |
| SANDRA C. SMITH, | ) | |
| | ) | |
| DEBTORS | ) | CASE NO. 15-10198 |
| _____ | ) | |

AGREED ORDER

The Debtor and Farm Credit Mid-America, ACA, a secured creditor, having agreed as evidenced by the signatures of their respective counsel hereto, and the Court being otherwise sufficiently advised, **IT IS AGREED AND CONSIDERED ORDERED AND ADJUDGED** that the automatic stay imposed by 11 U.S.C. § 362 is hereby terminated with respect to the following described real property in Simpson County, Kentucky, which secures the claim of the Farm Credit Mid-America, ACA, to-wit:

> Beginning at an iron pin located in the west right-of-way of Kentucky Highway #422, said iron pin being approximately 750 feet north of Hayner Road; thence leaving the road S 76 deg 56' W 1053.48 feet to an iron pin; thence N 6 deg 47' E 250.00 feet to an iron pin; thence N 76 deg 16' E 923.89 feet to an iron pin in the east right-of-way of Highway #622; thence with the right-of-way of Highway #622 S 23 deg 37' E 228.05 feet; thence S 20 deg 57' E 21.95 feet to the point of beginning, containing 5.46 acres.

> Being the same property conveyed to Gary L. Smith and wife, Sandra C. Smith, by Deed dated May 15, 1992, and recorded in Deed Book 179, Page 543, all in the Simpson County Clerk's office.

The said Farm Credit Mid-America, ACA, may enforce its claim by resort to any remedy available in the Courts of the Commonwealth of Kentucky.

1

___/s/___ *Lanna Martin Kilgore* [w/ permission]

**Lanna Martin Kilgore, Esq.**
Attorney for Debtor
911 College Street, Suite 101
P.O. Box 1617
Bowling Green, Kentucky    42101-1617
Telephone:    (270) 846-3700

G:\DOCS\BANKRUPT\MOTION\fnb-smith.don-term.wpd

___/s/___ *Joseph H. Mattingly III*

**Joseph H. Mattingly III, Esq.**
**MATTINGLY & NALLY-MARTIN, PLLC**
Attorneys for Farm Credit Mid-America, ACA
P.O. Box 678 – 104 West Main Street
Lebanon, Kentucky    40033
Telephone:    (270) 692-1718

2